UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JORGE MANZO VALENCIA,<br>Petitioner,<br>v.<br>CHRISTOPHER CHESTNUT, ET AL.,<br>Respondents. | No. 1:25-cv-1550 WBS JDP<br><br>ORDER NOT RELATING CASES |
| JORGE MANZO VALENCIA,<br>Petitioner,<br>v.<br>CHRISTOPHER CHESTNUT, ET AL.,<br>Respondents. | No. 1:26-cv-2703 DAD EFB |

----oo0oo----

Examination of the above-entitled actions reveals that the assignment of the matters to the same judge is not likely to effect a saving of judicial effort nor would it likely be

convenient for the parties. Therefore, the Court declines to relate these cases.

IT IS SO ORDERED.

Dated: August 18, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE